UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HAILU MAMO,

                Petitioner,

    v.

PAMELA BONDI, *et al.*,

                Respondents.

Case No. C25-2562-KKE-SKV

ORDER GRANTING PETITIONER'S MOTION TO AMEND SCHEDULING ORDER

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he is in custody in violation of the Constitution or laws of the United States. Dkt. 1. On December 16, 2025, the undersigned issued an Order directing that the petition be served on Respondents and that Respondents file a return to the petition within thirty days. Dkt. 2. The Order established additional deadlines for the filing of response and reply briefs. *See id.* On December 18, 2025, the Chief Judge of this Court issued General Order 10-25, which calls for briefing in § 2241 immigration habeas actions to be completed more expeditiously than was called for in this Court's initial Order. On December 19, 2025, Petitioner filed a motion to amend the scheduling order so that it comports with the General Order 10-25, which *inter alia* calls for a return with fourteen days. Dkt. 3. Respondent has not opposed Petitioner's motion.

ORDER GRANTING PETITIONER'S
MOTION TO AMEND SCHEDULING
ORDER - 1

The Court, having reviewed Petitioner's motion and the balance of the record, ORDERS as follows:

(1) Petitioner's motion to amend the scheduling order (Dkt. 3) is GRANTED, though the Court has adjusted the dates proposed by Petitioner in light of intervening holidays and Court closures. Respondents shall file a return to the habeas petition no later than *January 5, 2026*. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse – 5 days after the due date of the respondent's return. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" ECF filing event.

(2) Any traverse by Petitioner shall be filed no later than *January 12, 2026*. A traverse filed through ECF shall be filed using the "Reply to Response to Motion" filing event.

(3) Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer Petitioner from the Western District of Washington or to remove them from the United States.

(4) The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the habeas petition filed in this case upon Respondents by emailing a copy of the habeas petition and this order to USAWAW.ImmigrationHabeasService@usdoj.gov.

(5) Petitioner's counsel shall provide Petitioner's A-file number promptly to the U.S. Attorney's Office via email to USAWAW.ImmigrationHabeasAnumbers@usdoj.gov.

ORDER GRANTING PETITIONER'S
MOTION TO AMEND SCHEDULING
ORDER - 2

      (6)    If either party seeks an expedited or enlarged briefing schedule, counsel for that party (or the party themselves, if unrepresented) shall contact the opposing counsel (or party) promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

      (7)    The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Kymberly K. Evanson.

Dated this 29th day of December, 2025.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO AMEND SCHEDULING
ORDER - 3