UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL HAILU MAMO,<br><br>　　　　　　　　Petitioner(s),<br><br>　v.<br><br>PAMELA BONDI et al.,<br><br>　　　　　　　　Respondent(s). | CASE NO. 2:25−cv−02562−SKV<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable S. Kate Vaughan, United States Magistrate Judge. All future documents filed in this case must bear the cause number 2:25−cv−02562−SKV and bear the Judge's name in the upper right hand corner of the document.

DATED January 13, 2026

　　　　　　　　　　　　　　　　　　Joshua C. Lewis
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By:  /s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　　　Deputy Clerk