UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HAILU MAMO,

                                    Petitioner,

        v.

PAMELA BONDI, *et al.*,

                                    Respondent.

Case No. C25-2562-SKV

ORDER STRIKING PETITIONER'S
MOTION TO ENFORCE

On December 12, 2025, Petitioner Michael Mamo filed, through counsel, a petition for writ of habeas corpus under 28 U.S.C. § 2241 in which he asserted that his prolonged detention without a bond hearing violated his rights under the Fifth Amendment.  Dkt. 1.  On January 20, 2026, this Court issued an Order granting Petitioner's petition and ordering that Respondents provide Petitioner an individualized bond hearing that complied with the requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).  *See* Dkt. 13.  On March 24, 2026, Petitioner filed a motion to enforce this Court's prior Order on the grounds that the bond hearing afforded Petitioner "was flawed and constitutionally inadequate" and therefore contrary to that Order. Dkt. 15.

ORDER STRIKING PETITIONER'S
MOTION TO ENFORCE - 1

The question of whether Petitioner's bond hearing was constitutionally adequate is distinct from the question originally decided by this Court, *i.e.,* whether Petitioner's prolonged mandatory detention without a hearing violated his due process rights.  If Petitioner wishes to challenge the constitutional sufficiency of his bond hearing, he must do so by way of a separate federal habeas petition and not by way of a motion seeking to resurrect this now closed case.

Accordingly, the Court ORDERS as follows:

(1)    Petitioner's motion to enforce this Court's prior Order (Dkt. 15) is STRICKEN.

(2)    The Clerk shall send copies of this Order to all counsel of record.

DATED this 1st day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

.

ORDER STRIKING PETITIONER'S
MOTION TO ENFORCE - 2